JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD UTECH and JOANN UTECH,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ASBESTOS CORPORATION LIMITED, et al.,<br><br>　　　　Defendants. | Case No. 2:14-CV-04977-R-PJW<br><br>(Superior Court of the State of California for the County of Los Angeles – Case No. BC543277; JCCP Case No. 4674)<br><br>**ORDER ON STIPULATION FOR REMAND**<br><br>Hon.:　　　Hon. Manuel L. Real<br>Trial Date:　November 29, 2016 |

**IT IS HEREBY ORDERED THAT** pursuant to the agreement between Defendant Caterpillar Inc. and Plaintiffs Howard Utech and Joann Utech, that this case is remanded to the Superior Court for the State of California, County of Los Angeles, Central District, with good cause being this case is no longer subject to its original cause of removal pursuant to U.S.C. § 1442(a)(1). by dismissed Defendant Crane Co.

**IT IS SO ORDERED.**

DATED: November 3, 2016

_____
The Honorable Manuel L. Real
Judge of the United States District Court